876 F.2d 894
 Allard (David W., Jr.)
v.
Delorean (John Z.), Douglas Elliman Gibbons & Ives, Javits
(Eric M.), Javits & Javits, Javits, Hinckley, Rabin &
Engler, Kimmerly (Thomas W.), Thomas W. Kimmerly, P.C., 834
Fifth Avenue Corp., Board of Directors of 834 Fifth Ave.
Corp., Rockefeller (Laurance), Frye (Clayton W., Jr.),
Johnson (Robert, IV, Anne), Petrie (Carroll), Taubman (A.
Alfred), Marchessini (Alexander), Brown Harris Stevens,
Inc., Miller (William), Eddy (John P.B.)
 NO. 88-1275
 United States Court of Appeals,
Sixth Circuit.
 JUN 14, 1989
 
 1
 Appeal From: E.D.Mich.
 
 
 2
 AFFIRMED.